UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JESSE LEE SHAVERS,

    Plaintiff,

    v.

TABER, et al.,

    Defendants.

Case No. 21-cv-06519-JCS (PR)

**ORDER OF TRANSFER**

Plaintiff's 42 U.S.C. § 1983 claims arise from events that occurred at High Desert State Prison, which lies in the Eastern District of California. Accordingly, this action is TRANSFERRED to the Eastern District of California wherein venue properly lies because a substantial part of the events or omissions giving rise to the claims occurred there, and the named defendants reside in the Eastern District. *See* 28 U.S.C. §§ 84(b), 1391(b), and 1406(a). The Clerk shall transfer this action forthwith.

**IT IS SO ORDERED.**

**Dated:** September 23, 2021

JOSEPH C. SPERO
Chief Magistrate Judge