Jesse L. Shavers /CDCr # P·425
_____
Name and Prisoner/Booking Number

SALINAS VALLEY STATE PRISON
_____
Place of Confinement

31625 Hwy 101 / PO BOX 1050
_____
Mailing Address

SOLEDAD, CA 93960
_____
City, State, Zip Code

**(Failure to notify the Court of your change of address may result in dismissal of this action.)**

# FILED

## MAY 0 5 2022

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Jesse Lee Shavers , <br> (Full Name of Plaintiff)  Plaintiff, <br><br> v. <br><br> (1) (WARDEN - HIDESERT STATE PRISON) , <br> (Full Name of Defendant) <br> (2) (DOCTOR TABER- HDSP) , <br><br> (3) et al,. / HDSP-C/O D. Kelsey , <br><br> (4) _____ , <br> Defendant(s). <br> ☐ Check if there are additional Defendants and attach page 1-A listing them. | **CASE NO.** 2:21-cv-1734 JDP (PC) <br> (To be supplied by the Clerk) <br><br> **CIVIL RIGHTS COMPLAINT** <br> **BY A PRISONER** <br><br> ☐ Original Complaint <br> ☒ First Amended Complaint <br> ☐ Second Amended Complaint |

## A. JURISDICTION

1. This Court has jurisdiction over this action pursuant to:

    ☒ 28 U.S.C. § 1343(a); 42 U.S.C. § 1983

    ☐ 28 U.S.C. § 1331; Bivens v. Six Unknown Federal Narcotics Agents, 403 U.S. 388 (1971).

    ☐ Other: _____.

2. Institution/city where violation occurred: SUSANVILLE CALIFORNIA / HIGH DESERT STATE PRISON .

## B. DEFENDANTS

1. Name of first Defendant: <u>WARDEN OFFICER - HDSP (2020-2021)</u> The first Defendant is employed as:
   <u>Warden</u> at <u>High Desert State Prison</u>.
             (Position and Title)                               (Institution)

2. Name of second Defendant: <u>Dr. Taber</u>. The second Defendant is employed as:
   <u>Doctor</u> at <u>High Desert State Prison</u>.
             (Position and Title)                               (Institution)

3. Name of third Defendant: <u>et al,. /C/O D. Kelsey</u>. The third Defendant is employed as:
   <u>Correctional Officer</u> at <u>High Desert State Prison</u>.
             (Position and Title)                               (Institution)

4. Name of fourth Defendant: <u>//</u>. The fourth Defendant is employed as:
   at .
             (Position and Title)                               (Institution)

**If you name more than four Defendants, answer the questions listed above for each additional Defendant on a separate page.**

## C. PREVIOUS LAWSUITS

1. Have you filed any other lawsuits while you were a prisoner? ☒ Yes ☐ No

2. If yes, how many lawsuits have you filed? _____. Describe the previous lawsuits:

   a. First prior lawsuit:
   1. Parties: _____ v. _____
   2. Court and case number: _____.
   3. Result: (Was the case dismissed? Was it appealed? Is it still pending?)_____
   _____.

   b. Second prior lawsuit:
   1. Parties: _____ v. _____
   2. Court and case number: _____.
   3. Result: (Was the case dismissed? Was it appealed? Is it still pending?)_____
   _____.

   c. Third prior lawsuit:
   1. Parties: _____ v. _____
   2. Court and case number: _____.
   3. Result: (Was the case dismissed? Was it appealed? Is it still pending?)_____
   _____.

**If you filed more than three lawsuits, answer the questions listed above for each additional lawsuit on a separate page.**

## D. CAUSE OF ACTION

## CLAIM I

1. State the constitutional or other federal civil right that was violated: <u>EIGHTH (8th) Amendment</u>
<u>ADA an RA / AMERICAN DISABILITY ACT & REHABILITATION ACT / BREACH OF CONTRACT</u>.

2. **Claim I.** Identify the issue involved. **Check only one.** State additional issues in separate claims.
   - ☐ Basic necessities
   - ☐ Disciplinary proceedings
   - ☐ Excessive force by an officer
   - ☐ Mail
   - ☐ Property
   - ☐ Threat to safety
   - ☐ Access to the court
   - ☐ Exercise of religion
   - ☒ Other: <u>BREACH OF CONTRACT</u>.
   - ☒ Medical care
   - ☒ Retaliation

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Claim I. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

Plaintiff has a ongoing medical issue and were prescribed personal medical appliances to help accommedate this medical issue, and to aid plaintiff in the daily task. These medical appliances were prescribed at another CDCr institution. As to defendant C/O D. Kelsey, plaintiff and this defendant has had several verbal altercations prior to her/ his notice sent to the Doctor Taber. Verbal altercations amounted to ultimate dis- respect and Racist remarks. This defendant has had several altercations with numerous other Afrikan Amerikan patients/prisoners, and has had several misconduct complaints submitted against him. Due to this past conflict, this C/O did not tell this Dr. Taber the truth, and did lie to this doctor for no other reason but to have plaintiffs medical appliances removed due to the level of care and treatment plaintiff were continuously receiving from medical officers at HDSP and from other institutions. This defendant caused plaintiff to be deprived of the medical appliances for a great amount of time, out of spite, vindictivness and in retaliation, and racism. Dr. Taber receiving this information from C/O D. Kelsey, and the same day issued removal orders against plaintiffs medical appliances(April 3, 2020). For no other reason did this Dr. remove plaintiffs medical appliances, who did not properly re-evaluate ( CONT.. Pg.) .

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).
Being deprived of medical appliances caused plaintiff reinjuries who had to be given pain medications, and other forms of care.

5. **Administrative Remedies:**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ☒ Yes ☐ No
   b. Did you submit a request for administrative relief on Claim I? ☒ Yes ☐ No
   c. Did you appeal your request for relief on Claim I to the highest level? ☒ Yes ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. <u>//</u>
   <u>//</u>.

Cont.  ( claim 1. Cause of action )

plaintiffs current medical condition before removing these medical appliances. Under
prior litigation policy were created and parties agreed to follow these procedures
as noted in California Correctional Health Care Services, Health Care Department
Operational Manual, Section ( 3.6.1 e(8)(B)- which states in part:( "all previously
prescribed DME and medical supplies shall continue to be provided unless a PCP at the
receiving institution re-evaluates the patient and determines the DME or medical
supplies are no longer medically necessary to ensure patients have equal acces to
prison services, programs, andactivities" ). And Director of Health Care Operations,
MEMORANDUM, for Mobility Imparied Vest at ( FEB.25th, 2014) noted- that people
without a DPP code "may benefit from an MI Vest even if no assistive devices are
required. Dr.Taber removed plaintiffs medical devices for no other reason but to
violate plaintiffs Constitutional Rights, and to cause harm.

The warden received notice through the administrative appeal process, who did not
correct this problem, nor hold any of the defendants accountable for their acts.
By intentionally misconstruing plaintiffs ADA appeal, this tactic is known and
acknowledged that this is how CDCr agents cover up misconduct by its institutional
agents. This appeal plaintiff filed fell on deaf ears, and disregarded. The Warden
at that time failed to protect, and were dileberately indifferent towards plaintiff.

## CLAIM II

1. State the constitutional or other federal civil right that was violated: _____
_____.

2. **Claim II.** Identify the issue involved. Check **only one**. State additional issues in separate claims.
   ☐ Basic necessities     ☐ Mail     ☐ Access to the court     ☐ Medical care
   ☐ Disciplinary proceedings     ☐ Property     ☐ Exercise of religion     ☐ Retaliation
   ☐ Excessive force by an officer     ☐ Threat to safety     ☐ Other: _____.

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Claim II. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____.

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).
_____
_____
_____.

5. **Administrative Remedies.**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?     ☐ Yes   ☐ No
   b. Did you submit a request for administrative relief on Claim II?     ☐ Yes   ☐ No
   c. Did you appeal your request for relief on Claim II to the highest level?     ☐ Yes   ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____
   _____.

4

## CLAIM III

1. State the constitutional or other federal civil right that was violated: _____
_____.

2. **Claim III.** Identify the issue involved. Check **only one**. State additional issues in separate claims.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☐ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☐ Excessive force by an officer
   - ☐ Threat to safety
   - ☐ Other: _____.

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Claim III. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____.

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).

_____
_____.

5. **Administrative Remedies.**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?                                                                ☐ Yes   ☐ No
   b. Did you submit a request for administrative relief on Claim III?                ☐ Yes   ☐ No
   c. Did you appeal your request for relief on Claim III to the highest level?       ☐ Yes   ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____
   _____.

**If you assert more than three Claims, answer the questions listed above for each additional Claim on a separate page.**

5

## E. REQUEST FOR RELIEF

State the relief you are seeking:

1) That the courts appoint, and recruit counsel to represent plaintiff.

2) Enter Judgment in favor of plaintiff due to the fact there is no defense against this claim.

3) Enter judgment for Punitive Damages in the amount of $ 415,000. Demand for Jury Trial, and Appoint Counsel for this proceeding.

4) That the courts recruit counsel to help plaintiff conduct Discovery.

5) Plaintiff is also seeking Injunctive Relief and Restraining Orders.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __4-26-2022__
DATE

_____
SIGNATURE OF PLAINTIFF

PATIENT / PRISONER ( Ki KONGO )
_____
(Name and title of paralegal, legal assistant, or other person who helped prepare this complaint)

_____//_____
(Signature of attorney, if any)
_____//_____

_____
_____
_____

(Attorney's address & telephone number)

## ADDITIONAL PAGES

All questions must be answered concisely in the proper space on the form. If you need more space you may attach more pages, but you are strongly encouraged to limit your complaint to twenty-five pages. If you attach additional pages, be sure to identify which section of the complaint is being continued and number all pages. Remember, there is no need to attach exhibits to your complaint.