UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSE LEE SHAVERS, Jr., | Case No. 2:21-cv-01734-JDP (PC) |
| Plaintiff, | ORDER GRANTING PLAINTIFF'S MOTION FOR AN EXTENSION OF TIME |
| v. | |
| TABER, *et al.*, | ECF No. 23 |
| Defendants. | |

Plaintiff has filed a motion for an extension of time to file an amended complaint. ECF No. 23. Good cause appearing, it is hereby ORDERED that:

1. Plaintiff's motion for an extension of time, ECF No. 23, is granted.

2. Plaintiff is granted thirty days from the date of this order to file an amended complaint.

IT IS SO ORDERED.

Dated: January 19, 2023

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE