UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSE LEE SHAVERS, JR., <br><br> Plaintiff, <br><br> v. <br><br> TABER, *et al.*, <br><br> Defendants. | Case No. 2:21-cv-1734-DAD-JDP (P) <br><br><br> ORDER |

Plaintiff filed a motion for extension of time to file a response to defendant Tabor's motion to dismiss filed on September 20, 2024.  Good cause appearing, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for an extension of time, ECF No. 40, is granted in part; and

2. Plaintiff is granted forty-five from the date of this order in which to file a response to the motion to dismiss.

IT IS SO ORDERED.

Dated:    November 18, 2024

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE

1