UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JESSE LEE SHAVERS, Jr.

Plaintiff,

v.

TABER, *et al.*,

Defendants.

Case No.  2:21-cv-1734-DAD-JDP (P)

ORDER

This action was dismissed on November 12, 2025, after the parties reached a settlement. ECF Nos. 54 & 55.  On May 7, 2026, plaintiff filed a notice to the court and request for jury trial, ECF No. 57, wherein he states that he has not received the settlement funds that were promised. Defendants' counsel has filed a response stating that documents have been submitted to initiate the payment process and that the delay was caused by the California Department of Corrections and Rehabilitation "dropped" the payment request due to clerical error.  ECF No. 58 at 1. Counsel states that the payment request has now been submitted on an expedited basis and will be processed "in short order."  *Id.* at 1-2.

It is, therefore, ORDERED that plaintiff's request for jury trial, ECF No. 57, is DENIED.

1

IT IS SO ORDERED.


Dated:    May 25, 2026

_____
JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE

2